IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PRAVEEN KHARB,

    Petitioner,

  v.                                                       Case No. 21-cv-797-bbc

LIZZIE TEGELS,

    Respondent.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Praveen Kharb's petition for habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | April 14, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |