IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRAVEEN KHARB,

                                               ORDER

             Petitioner,

                                             21-cv-797-bbc

    v.

LIZZY TEGELS,

             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a previous order, I denied petitioner Praveen Kharb's petition for a writ of habeas corpus under 28 U.S.C. § 2254, concluding that his claims were barred by the doctrine of procedural default. Dkt. #3. I also denied petitioner a certificate of appealability, concluding that reasonably jurists would agree that the petitioner should be dismissed. Now petitioner has filed a motion to alter or amend the judgment, Dkt. #5, and for a certificate of appealability. Dkt. #6. However, petitioner does not raise any new arguments that I did not consider previously or that would alter my conclusion that his claims are procedurally defaulted and that he has not overcome the default. Nor am I persuaded that he should be granted a certificate of appealability. Therefore, I will deny both motions.

1

ORDER

IT IS ORDERED that

1. Petitioner Praveen Kharb's motion to alter or amend judgment, dkt. #5, and motion for a certificate of appealability, dkt. #6, are DENIED.

2. Petitioner is DENIED a certificate of appealability. He may seek a certificate of appealability from the Court of Appeals for the Seventh Circuit.

Entered this 30th day of June, 2022.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge